**William Wade PARDEE, Petitioner–Appellant,**

v.

**Patrick CONROY, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 01–7507.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2001.

Decided Jan. 11, 2002.

Elizabeth Loretta Cawood, Women's Center of Southern Maryland, Cheltenham, Maryland, for Appellant. John Jo-

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).

seph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

William Wade Pardee seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Pardee v. Conroy,* No. CA–01–294 JFM (D.Md. Aug. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*